FILED 21 MAR '23 12:33 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00093-AN |
| v. | INDICTMENT |
| NATHAN GEORGE DANZUKA, | 18 U.S.C. §§ 117, 1153 |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Domestic Assault by a Habitual Offender)
### (18 U.S.C. §§ 117 and 1153)

On or about February 1, 2023, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **NATHAN GEORGE DANZUKA**, an Indian male, having been convicted of the following offenses:

1. Assault and Battery, in violation of Warm Springs Tribal Code § 305.115, in case number CR479-18, in the Tribal Court for the Confederated Tribes of the Warm Springs Reservation of Oregon, on or about August 28, 2018, which would, if subject to federal jurisdiction, be an assault, the victim of which was the intimate partner of the defendant;

2. Assault and Battery, in violation of Warm Springs Tribal Code § 305.115, in case number CR543-19, in the Tribal Court for the Confederated Tribes of the Warm Springs Reservation of Oregon, on or about February 12, 2020, which would, if subject to federal jurisdiction, be an assault, the victim of which was the intimate partner of the defendant;

**Indictment** Page 1

3. Assault and Battery, in violation of Warm Springs Tribal Code § 305.115, in case number CR194-20, in the Tribal Court for the Confederated Tribes of the Warm Springs Reservation of Oregon, on or about October 14, 2020, which would, if subject to federal jurisdiction, be an assault, the victim of which was the intimate partner of the defendant, and

4. Assault and Battery, in violation of Warm Springs Tribal Code § 305.115, in case number CR195-20, in the Tribal Court for the Confederated Tribes of the Warm Springs Reservation of Oregon, on or about October 14, 2020, which would, if subject to federal jurisdiction, be an assault, the victim of which was the intimate partner of the defendant,

assaulted Adult Victim 1, the intimate and dating partner of the defendant;

In violation of Title 18, United States Code, Sections 117 and 1153.

Dated: March 21, 2023.                             A TRUE BILL.

                                                    ███████████████
                                                    OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_/s/_

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney